weizengetalind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00023 |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | **BRINGING IN ILLEGAL ALIENS** |
| ) | [8 U.S.C. § 1324(a)(2)(B)(iii) |
| WEI XING ZENG, ) | [COUNT I] |
| JIA WEI HUANG, ) | **ILLEGAL ENTRY BY ALIEN** |
| XIAO PING CHEN, ) | [8 U.S.C. §§ 1325(a)(1) & (2)] |
| RONG SHENG CHEN, ) | (Misdemeanor) |
| YUE XING LIN, ) | [COUNTS II - VII] |
| LIU HUA HUANG, ) | |
| ) | |
| Defendants. ) | |

THE GRAND JURY CHARGES:

### COUNT I - BRINGING IN ILLEGAL ALIENS

On or about the 17th day of July, 2006, within the District of Guam, the defendant, WEI XING ZENG, knowing that the five (5) aliens, to wit: JIA WEI HUANG, XIAO PING CHEN,

RONG SHENG CHEN, YUE XING LIN and LIU HUA HUANG, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States the said five (5) aliens, and did not bring and present said aliens to an appropriate immigration officer immediately upon arrival at a designated port of entry, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## COUNT II - ILLEGAL ENTRY BY AN ALIEN

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, WEI XING ZENG, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States code, Sections 1325(a)(1) and (2).

## COUNT III - ILLEGAL ENTRY BY AN ALIEN

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, JIA WEI HUANG, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States code, Sections 1325(a)(1) and (2).

## COUNT IV - ILLEGAL ENTRY BY AN ALIEN

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, XIAO PING CHEN, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States code, Sections 1325(a)(1) and (2).

Case 1:06-cr-00023    Document 1    Filed 08/02/2006    Page 2 of 4

## COUNT V - ILLEGAL ENTRY BY AN ALIEN

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, RONG SHENG CHEN, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States code, Sections 1325(a)(1) and (2).

## COUNT VI - ILLEGAL ENTRY BY AN ALIEN

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, YUE XING LIN, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States code, Sections 1325(a)(1) and (2).

## COUNT VII - ILLEGAL ENTRY BY AN ALIEN

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, LIU HUA HUANG, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally

//
//
//
//
//
//
//

eluded examination or inspection by immigration officers, in violation of Title 8, United States code, Sections 1325(a)(1) and (2).

Dated this 2nd day of August 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney

Reviewed:

/s/ Russell C. Stoddard
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 4 -