# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____  Docket Number __06-00023__
Same Defendant _____  New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Defendant Information:**

Juvenile: Yes ___  No __X__   Matter to be sealed: ___ Yes  ___ No

Defendant Name  ___Wei Xing Zeng___

Alias Name  _____

Address  _____

___China___

Birthdate __xx/xx/1976__  SS# ____  Sex __M__  Race __A__  Nationality __Chinese__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** ___ No  __X__ Yes   List language and/or dialect: __Chinese (mandarin)__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty  __X__ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1324(a)(2)(B)(iii) | Bringing In Illegal Aliens | 1 |
| Set 2 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-1-06__   Signature of AUSA: __Fred A. Black__