# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City: Hagåtña

Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number: 06-00023
Same Defendant _____ New Defendant: x
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: ___ Yes X No

Defendant Name: Jia Wei Huang

Alias Name: _____

Address: _____
China

Birthdate: xx/xx/1974  SS# ___  Sex: M  Race: A  Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ___ No X Yes  List language and/or dialect: Chinese (mandarin)

**RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty  X Misdemeanor  ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 8-2-06   Signature of AUSA: Frederick A. Black