# Criminal Case Cover Sheet     U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00023**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: ____ Yes _X_ No

Defendant Name ___Rong Sheng Chen___

Alias Name _____

Address _____

___China___

Birthdate _xx/xx/1974_ SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA ___Frederick A. Black___

Interpreter: ____ No _X_ Yes   List language and/or dialect: ___Chinese (mandarin)___

**RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 5 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _8-2-06_   Signature of AUSA: _Frederick A. Black_