# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**06-00023**

## Defendant Information:

**Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No**

Defendant Name _____Yue Xing Lin_____

Alias Name _____

Address _____

_____China_____

Birthdate xx/xx/1976  SS# ___  Sex _F_  Race _A_  Nationality _Chinese_

## U.S. Attorney Information:

AUSA _____Frederick A. Black_____

Interpreter: ___ No _X_ Yes   List language and/or dialect: _Chinese (mandarin)_

**RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __1__   ___ Petty _X_ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 6 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _8-2-06_   Signature of AUSA: _Fred A. Black_

Case 1:06-cr-00023   Document 1-6   Filed 08/02/2006   Page 1 of 1