%AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM
**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

JIA WEI HUANG

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-06-00023-002

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | Date and Time |
| Before: **HONORABLE JAMES WARE** | August 3, 2006 at 2:30 p.m. |

To answer a(n)
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

Charging you with a violation of Title ____8____ United States Code, Section(s) __1325(a)(1) and (2)__

Brief description of offense:

**COUNT III - ILLEGAL ENTRY BY AN ALIEN**

VIRGINIA T. KILGORE, Deputy Clerk
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

August 2, 2006
Date

## RETURN OF SERVICE

Service was made by me on:[1]   Date 8/03/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS Office - Guam

UNITED STATES MARSHALS SERVICE
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  08/03/06
              Date

_J. Salel_
Name of United States Marshal

_C. Leon Guerrero_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.