# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00023-002                     DATE: August 03, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present                       Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 2:42:03 - 2:54:41
CSO: J. McDonald / J. Lizama

**APPEARANCES:**
Defendant: Jia Wei Huang                      Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond                    ☑ Present ☐ Retained
☐ P.R.                                        ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black             U.S. Agent:
U.S. Probation: Stephen Guilliot              U.S. Marshal: V. Roman / G. Perez
Interpreter: Foo Mee Chun Clinard             Language: Mandarin
☐ Sworn ☑ Previously Sworn

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: G. Patrick Civille, appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waived reading of the Indictment.
- Plea entered: Not Guilty.
- Trial set for: September 20, 2006 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: