FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**WEI XING ZENG, et. al.,**

Defendant.

**CRIMINAL** CASE NO. **06-00023**

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **WEI XING ZENG; G. PATRICK CIVILLE** is appointed to represent defendant **JIA WEI HUANG; WILLIAM L. GAVRAS** is appointed to represent defendant **XIAO PING CHEN; MARK S. SMITH** is appointed to represent defendant **RONG SHENG CHEN; PHILLIP J. TYDINGCO** is appointed to represent defendant **YUE XING LIN;** and **JOSEPH C. RAZZANO** is appointed to represent defendant **LIU HUA HUANG** in the above-entitled case *nunc pro tunc* to August 2, 2006

Dated this 3rd day of August, 2006.

**JAMES WARE, DESIGNATED JUDGE**
**DISTRICT COURT OF GUAM**

ORIGINAL