LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN - 9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00023-02 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS COUNT III OF INDICTMENT** |
| JIA WEI HUANG, | |
| Defendant. | |

Based on the defendant's sentencing in Magistrate Case No. 06-00018, the United States' Motion to Dismiss Count III of the Indictment as to defendant, JIA WEI HUANG, is hereby granted.

SO ORDERED this 9th day of January 2007.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL